IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICK ROGERS, *as personal representative of the Estate of Lisa Marie Rogers*,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ETHICON ENDO-SURGERY, LLC, and JOHN DOES 1-10,<br><br>　　　　　Defendants. | CV 21-03-BLG-SPW<br><br>**ORDER GRANTING ATTENDANCE AT SETTLEMENT CONFERENCE BY VIDEO** |

Defendant Ethicon Endo-Surgery, LLC, has filed a motion to allow corporate representative Denise Houghton to appear at the June 17, 2021 Settlement Conference by video. (Doc. 15.) Good cause appearing,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Defendant's corporate representative, Denise Houghton, may appear by videoconference at the June 17, 2021 Settlement Conference. Counsel shall immediately contact the Clerk of Court's Office at (406) 247-7000 to make arrangements with the Court's IT Department.

**IT IS ORDERED.**

DATED this 11th day of June, 2021.

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　United States Magistrate Judge