IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN RE: ELECTRONIC DEVICES IN COURT ENVIRONS | ORDER |

IT IS HEREBY ORDERED that all participants in the settlement conference in CV-21-03-BLG-SPW be permitted to bring electronic devices into the James F. Battin Federal Courthouse on June 17, 2021.

DATED this 15th day of June, 2021.

TIMOTHY J. CAVAN
United States Magistrate Judge