IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RICK ROGERS, as Personal Representative of the ESTATE OF LISA MARIE ROGERS,<br><br>                  Plaintiff,<br>vs.<br><br>ETHICON ENDO-SURGERY, LLC and JOHN DOES 1 through 10,<br><br>                  Defendants. | CAUSE NO. CV-21-03-BLG-SPW<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

Upon the parties' *Stipulated Motion to Dismiss With Prejudice* (Doc. 21), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the parties' *Stipulated Motion* is **GRANTED**. The above captioned case is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of July, 2021.

                                                  SUSAN P. WATTERS
                                                  United States District Judge